No. 00–9607. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9608. MONZIONE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–9611. BOLTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9616. THOMPSON, AKA LNU v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9618. DAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9655. BUHRMAN v. CARTER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–9685. MATEJKA v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 00–9687. MILLS v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1255. CHAMBER OF COMMERCE OF THE UNITED STATES v. VOLLOR. Sup. Ct. Miss. Motion of Alliance for Democracy et al. for leave to file a brief as amici curiae granted. Certiorari denied.